

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**8/16/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

maws

# ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

Case Number:   10-40712 - C - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Claire G. Gover
164 Robles Way #316
Vallejo, CA 94591

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated:  8/16/10

ORDERED PURSUANT TO SPECIAL ORDER 10-01
FOR THE COURT
Richard G. Heltzel, Clerk

By: __maws_____
            Deputy Clerk